## PARK & ROBINSON HARDWARE CO. v. COPELAND.

(Decided November 28, 1916.)

APPEAL from Tuscaloosa Circuit Court.

Heard before Hon. BERNARD HARWOOD.

No counsel marked for appellant. VERNER & RICE, for appellee.

Per curiam. Dismissed for want of prosecution.

---

## PHILLIPS v. THE STATE.

(Decided January 9, 1917.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—Dismissed on motion of Attorney General.

---

## POWELL v. THE STATE.

(Decided November 28, 1916.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed on motion of Attorney General.

---

## REYNOLDS v. CAMPBELL.

(Decided November 23, 1916.)

APPEAL from Chilton Circuit Court.

Heard before Hon. W. W. PEARSON.

No counsel marked for either party.

Per curiam. Appeal dismissed for want of prosecution.